No. 904. P. W. EWING *v.* E. B. SHAUVER ET AL. March 16, 1925. Petition for a writ of certiorari to the Circuit

Court of Appeals for the Eighth Circuit denied. *Mr. John E. Semmes, Jr.*, for petitioner. *Mr. Henry William Hart* for respondents.